### United States District Court for the Eastern District of Pennsylvania

**Leon Weingrad**  **CASE NO. 24-cv-05488**

vs.  **AFFIDAVIT OF SERVICE**

**First American Home Warranty Corporation**
_____/

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:48 PM** on **10/17/2024**, I served **First American Home Warranty Corporation** at **Registered Agent Solutions, Inc., 125 Locust Street, Harrisburg, PA 17101** in the manner described below:

☐   Subject personally served.

☐   Adult family member with whom said Subject resides.
Relationship is _____.

☐   Adult in charge of Subject's residence who refused to give name and/or relationship.

☐   Manager/Clerk of place of lodging in which Subject resides.

☐   Agent or person in charge of Subject's office or usual place of business.

☑   **Fred Scharf,** who is the **Authorized Representative** of said entity.

☐   Other:

a true and correct copy of **Summons in a Civil Action; Plaintiff's Class Action Complaint; Civil Cover Sheet; Designation Form** issued in the above captioned matter.

Description:
Sex: **Male** Skin: **White** Age: **42** Hair: **Balding** Height: **5ft 10in** Weight: **160 lbs**

Sworn to and subscribed before me this
**18th** day of _October_ ,2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2025
Commission number 1248992

X _____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **87163**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

