**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, | : |
| *Plaintiff*, | : Case No. 2:24-cv-05488-KNS |
| v. | : |
| FIRST AMERICAN HOME WARRANTY CORPORATION, | : |
| *Defendant.* | : |

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS on August 15, 2024, Plaintiff Leon Weingrad ("Plaintiff"), filed a Complaint in the above-captioned action;

WHEREAS the docket reflects that Plaintiff purportedly served Defendant First American Home Warranty Corporation ("Defendant") on October 17, 2024 (ECF No. 3);

WHEREAS Defendant's deadline to answer, move, or otherwise respond to the Complaint is currently November 7, 2024;

WHEREAS counsel for Plaintiff and counsel for Defendant have discussed and agreed upon an extension of time of not more than thirty (30) days for Defendant to answer, move, or otherwise respond to the Complaint;

WHEREAS no previous extension has been obtained for Defendant;

WHEREAS a scheduling order has not been entered in this action, and an extension will not affect any deadlines for filing motions for summary judgment, motions in limine, or a trial date;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel, subject to the approval of the Court, that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended until **December 9, 2024**.[1]

**STIPULATED AND AGREED:**

PERRONG LAW LLC

By: _/s/ Andrew Roman Perrong_
 Andrew Roman Perrong, Esq.
2657 Mount Carmel Avenue
Glenside, PA 19038
T: 215 225 5529
E: a@perronglaw.com

PARONICH LAW, P.C.

Anthony Paronich (_Pro Hac Vice_ forthcoming)
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (617) 485-0018
dvarughese@sternekessler.com

_Counsel for Plaintiff Leon Weingrad_

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: _/s/ Eitan G. Kagedan_
 Eitan G. Kagedan
One Logan Square, 27th Floor
Philadelphia, PA 19103
T: 215 568 6200
E: egk@hangley.com

MANATT, PHELPS & PHILLIPS, LLP

Christine M. Reilly (_pro hac vice_ forthcoming)
Alexandra N. Krasovec (_pro hac vice_ forthcoming)
Cody A. DeCamp (_pro hac vice_ forthcoming)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
T: (310) 312-4000
E: CReilly@manatt.com
AKrasovec@manatt.com
CDeCamp@manatt.com

_Counsel for First American Home Warranty Corporation_

**SO ORDERED.**

By: _____
 The Honorable Kai N. Scott, U.S.D.J.

Dated this ___ day of _____, 2024

---

[1] The parties explicitly agree that no relief that Defendant would otherwise be entitled to seek pursuant to Federal Rule of Civil Procedure Rule 12 is waived by entry into this Stipulation.

## **CERTIFICATE OF SERVICE**

I, Eitan G. Kagedan, certify that on November 6, 2024 I caused a true and correct copy of the foregoing Stipulation and Order Extending Plaintiff's Time to Answer, Move, or Otherwise Respond to the Complaint to be filed via the Court's ECF system, which causes an automated notice of filing to be generated and through which it is available for download by all counsel of record.

*/s/ Eitan G. Kagedan*
Eitan G. Kagedan