IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-05488 |

### [PROPOSED] ORDER

The Court, having received, reviewed, and considered Defendant First American Home Warranty Corporation's Motion to Dismiss Plaintiff's Complaint (the "Motion"), and all papers filed in connection therewith, and for good cause shown, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. The Complaint is dismissed in its entirety.

SO ORDERED this ___ day of _____ 2025.

_____
Honorable Kai N. Scott
United States District Judge