### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD,<br><br>    *Plaintiff*,<br><br>  v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>    *Defendant.* | Case No. 2:24-cv-05488-KNS |

### STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS

WHEREAS on August 15, 2024, Plaintiff Leon Weingrad ("Plaintiff"), filed a Complaint in the above-captioned action;

WHEREAS the docket reflects that Plaintiff purportedly served Defendant First American Home Warranty Corporation ("Defendant") on October 17, 2024 (ECF No. 3);

WHEREAS Defendant filed a motion to Dismiss the Complaint on December 9, 2024 (ECF No. 5);

WHEREAS counsel for Plaintiff and counsel for Defendant have discussed and agreed upon an extension of time until January 14, 2025 to respond to the Motion;

WHEREAS no previous extension has been obtained for Plaintiff;

WHEREAS a scheduling order has not been entered in this action, and an extension will not affect any deadlines for filing motions for summary judgment, motions in limine, or a trial date;

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel, subject to the approval of the Court, that the deadline for Plaintiff to respond to the Defendant's Motion to Dismiss is extended until **January 14, 2025**.[1]

**STIPULATED AND AGREED:**

| | |
|---|---|
| PERRONG LAW LLC | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| By: _/s/ Andrew Roman Perrong_<br>Andrew Roman Perrong, Esq.<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>T: 215 225 5529<br>E: a@perronglaw.com | By: _/s/ Eitan G. Kagedan_<br>Eitan G. Kagedan<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>T: 215 568 6200<br>E: ekagedan@hangley.com |
| PARONICH LAW, P.C. | *Counsel for First American Home Warranty Corporation* |
| Anthony Paronich (*Pro Hac Vice* forthcoming)<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>T: (617) 485-0018<br>dvarughese@sternekessler.com | |

*Counsel for Plaintiff Leon Weingrad*

**SO ORDERED.**

By: _____
    The Honorable Kai N. Scott, U.S.D.J.

Dated this ___ day of _____, 2024

---

[1] The parties explicitly agree that no relief that Plaintiff would otherwise be entitled to seek pursuant to Federal Rule of Civil Procedure Rule 12 is waived by entry into this Stipulation.