**IN THE IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, | : |
| Plaintiff, | : Case No. 2:24-cv-05488-KNS |
| v. | : |
| FIRST AMERICAN HOME WARRANTY CORPORATION, | : |
| Defendant. | : |

**PROPOSED ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the

Defendant's Motion to Dismiss (ECF No. 5) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Kai N. Scott, J.