**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>Defendant. | Civil Action No: 2:24-cv-05488-KNS |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective July 23, 2026, the Philadelphia office of Hangley Aronchick Segal Pudlin & Schiller has relocated. All pleadings, papers, notices, and related correspondence should be directed as follows:

Hangley Aronchick Segal Pudlin & Schiller
1735 Market Street, 26th Fl.
Philadelphia, PA 19103-7501

The email address, phone, and facsimile numbers remain the same.

Respectfully submitted,

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Date: August 24, 2026

By: */s/ Eitan G. Kagedan*
Eitan G. Kagedan
1735 Market Street, 26th Fl.
Philadelphia, PA 19103
T: 215.568.6200
E: ekagedan@hangley.com

*Counsel for Defendant First American Home Warranty Corporation*

**CERTIFICATE OF SERVICE**

I, Eitan G. Kagedan, hereby certify that, on August 24, 2026, I caused to be filed a true and correct copy of the foregoing Notice of Change of Address electronically via the Court's electronic filing system, which will serve a copy on all counsel of record.

/s/ *Eitan G. Kagedan*
Eitan G. Kagedan