**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | |
| *Plaintiff(s)* | : | |
| v. | : | **CIVIL NO. 24-5488** |
| **FIRST AMERICAN HOME WARRANTY CORPORATION** | : | |
| *Defendant(s)* | : | |

**AMENDED NOTICE OF HEARING**

The **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 previously scheduled for **SEPTEMBER 21, 2026, at 10:30 a.m.** has been **RESCHEDULED to OCTOBER 7, 2026, at 1:30 p.m.** before the **Honorable Kai N. Scott** in **Chambers**, **Room 13613**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania**.**

**Parties are instructed to adhere to the directives in the original notice.**

*/s/Tayai Lester*
**TAYAI LESTER**
Judicial Assistant, to the
Honorable Kai N. Scott
United States District Court Judge

**Copies sent via ECF notification**
**Date of Notice: August 21, 2026**