**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-05488 |

**<u>MOTION TO ADMIT MADELAINE NEWCOMB *PRO HAC VICE*</u>**

Sponsoring attorney Eitan G. Kagedan of the law firm Hangley Aronchick Segal Pudlin & Schiller, counsel to Defendant First American Home Warranty Corporation ("FAHW") in this matter, hereby moves pursuant to Local Rule of Civil Procedure 83.5.2(b), for an order admitting Madelaine Newcomb of Manatt, Phelps & Phillips, LLP, *pro hac vice*. In support of this Motion, I state as follows:

1. Ms. Newcomb is an attorney with the law firm Manatt, Phelps & Phillips, LLP, 151 North Franklin Street, Suite 2600, Chicago, Illinois 60606.

2. Ms. Newcomb is admitted to practice law before the bars of the state of Illinois (ID No. 6322725), and Missouri (ID No. 68294).

3. She is a member in good standing of each of the bars listed above.

4. Ms. Newcomb is not currently under suspension or subject to other disciplinary action with respect to her practice of law in any jurisdiction.

5. With this motion, I have paid the required admission fee on behalf of Ms. Newcomb through the Court's ECF system.

6. FAHW desires that Ms. Newcomb participate in this litigation because of her experience representing clients in complex litigation and regulatory matters, including class action litigation involving the Telephone Consumer Protection Act ("TCPA"), false and deceptive advertising, unfair competition, and related consumer-protection issues such as those raised in this action. Ms. Newcomb is particularly qualified to represent FAHW in this action because her practice includes both litigation and counseling concerning TCPA and other compliance issues.

7. A completed application form for Ms. Newcomb is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel for FAHW respectfully requests that this Court enter an order of admission *pro hac vice* allowing Madelaine Newcomb to appear on behalf of FAHW in this matter.

Dated: August 24, 2026

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

By: */s/ Eitan G. Kagedan*
Eitan G. Kagedan (Pa. No. 331246)
1735 Market Street, 26th Floor
Philadelphia, PA 19103
(215) 568-6200
ekagedan@hangley.com

*Attorneys for Defendant First American Home Warranty Corporation*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-05488 |

**ORDER**

**AND NOW**, this __________day of __________________, 2026, it is hereby

**ORDERED** that the application of Madelaine Newcomb, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☐ **GRANTED**. The Clerk is **DIRECTED** to add Ms. Newcomb as counsel for Defendant First American Home Warranty Corporation. Ms. Newcomb is **DIRECTED** to request ECF filing access using their PACER account.

☐ **DENIED**.

______________________________
HON. KAI N. SCOTT

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**Case No. 2:24-cv-05488**

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

## I. APPLICANT'S STATEMENT

I, Madelaine Newcomb, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Defendant First American Home Warranty Corporation. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

*A. I state that I am currently admitted to practice in the following state jurisdictions:*

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| **Missouri** | **9/16/2015** | **68294** |
| **Illinois** | **5/5/2016** | **6322725** |
| | | |

*B. I state that I am currently admitted to practice in the following federal jurisdictions:*

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| **Northern District of Illinois** | 3/29/2017 | |
| **Southern District of Illinois** | 2/20/2019 | |
| **Eastern District of Missouri** | 8/22/2019 | **N/A** |
| **District of Colorado** | 4/15/2025 | |
| **Eastern District of Michigan** | 9/18/2025 | |

*C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

**I am seeking to enter my appearance for Defendant First American Home Warranty Corporation**

| | |
|---|---|
| Name | Madelaine Newcomb |
| Name of Applicant's Firm | Manatt, Phelps & Phillips, LLP |
| Address | 151 North Franklin Street, Suite 2600<br>Chicago, Illinois 60606. |
| Telephone Number | 312.529.6305 |
| Email Address | mnewcomb@manatt.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2026

____________________

Madelaine Newcomb

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Madelaine Newcomb to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Eitan G. Kagedan | | 05/03/2022 | 331246 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission Date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
1735 Market Street, 26th Floor
Philadelphia, PA 19103
ekagedan@hangley.com
(215) 568-6200

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026

*/s/ Eitan G. Kagedan*
Eitan G. Kagedan

**CERTIFICATE OF SERVICE**

I, Eitan G. Kagedan, hereby certify that on August 24, 2026, I caused the foregoing Motion to Admit Madelaine Newcomb *Pro Hac Vice*, electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Eitan G. Kagedan*
Eitan G. Kagedan