**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LEON WEINGRAD** | : | |
| | : | |
| ***Plaintiff(s)*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 24-5488** |
| | : | |
| **FIRST AMERICAN HOME WARRANTY CORPORATION** | : | |
| ***Defendant(s)*** | : | |

**O R D E R**

**AND NOW,** on the **24th** day of **AUGUST 2026,** upon consideration of the Motion for the Admission *Pro Hac Vice* of **ALEXANDRA N. KRASOVEC Esquire** to appear on behalf of the **defendants** in the above action (Doc. No. 16), it is **ORDERED** that the Motion (Doc. No.16) is **GRANTED**. **ALEXANDRA N. KRASOVEC** is admitted to practice before this Court *pro hac vice* as counsel on behalf of **FIRST AMERICAN HOME WARRANTY CORPORATION** this matter only.

**BY THE COURT:**

/S/ Kai N. Scott

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**