**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>Defendant. | Case No. 2:24-cv-05488 |

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY DEADLINES**

Defendant First American Home Warranty Corporation ("Defendant") and with notice and permission, on behalf of Plaintiff Leon Weingrad ("Plaintiff") (collectively the "Parties"), hereby respectfully inform the Court pursuant to Local Rule 41.1(b) that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the meantime, so the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties jointly and respectfully request that the Court vacate all pending case deadlines (including the upcoming scheduling conference scheduled for October 7, 2026) and temporarily stay the case, and that the Court retain jurisdiction at this time.

Dated: September 30, 2026

Respectfully submitted,

By: /s/ Andrew Roman Perrong

Andrew Roman Perrong, Esq.
**Perrong Law LLC**
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529
Facsimile: 888-329-0305

a@perronglaw.com

*Attorneys for Plaintiff and the Putative Class*

By: /s/ Madelaine A. Newcomb

Madelaine A. Newcomb, Esq.
151 N. Franklin Street
Suite 2600
Chicago, IL 60606
312-529-6305
Email: mnewcomb@manatt.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I filed and served the foregoing document through the Court's CM/ECF system, which sent notice to all counsel of record.

/s/ Andrew Roman Perrong