**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>*Defendant.* | : | Case No. 2:24-cv-05488-KNS |

**ORDER**

AND NOW, this _____ day of ____________________, 2026, upon consideration of the Parties' Joint Motion to Vacate Pending Deadlines and Temporarily Stay Case, it is hereby ORDERED that the Motion is GRANTED.

1. All pending case deadlines are VACATED; and
2. This action is TEMPORARILY STAYED while the Parties finalize their resolution; and
3. The Court retains jurisdiction over this action during the stay; and
4. If this matter has not otherwise been settled or resolved within sixty (60) days after entry of this Order, the Parties shall file a joint status report advising the Court of the status of their resolution efforts.

BY THE COURT:

________________________________________
The Honorable Kai N. Scott, U.S.D.J.