**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

FIRST AMERICAN HOME WARRANTY CORPORATION,

*Defendant.*

Case No. 2:24-cv-05488-KNS

**JOINT MOTION TO VACATE PENDING DEADLINES AND TEMPORARILY STAY CASE**

Plaintiff Leon Weingrad ("Plaintiff") and Defendant First American Home Warranty Corporation ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully move pursuant to Local Rule 41.1(b) for an Order vacating all pending case deadlines, temporarily staying this action while the Parties finalize their resolution, and retaining jurisdiction. In support of this Motion, the Parties state as follows:

1. On October 1, 2026, the Parties filed a Notice of Resolution and Joint Request to Stay Deadlines (ECF No. 19), informing the Court that they had reached a tentative resolution of all of their differences and disputes in this action.

2. The Parties anticipate filing a notice of voluntary dismissal within the next sixty (60) days.

3. Temporarily staying this action and vacating the pending deadlines will permit the Parties to finalize their resolution without incurring additional litigation expenses or burdening the Court or its resources.

4. If this matter has not otherwise been settled or resolved within sixty (60) days after entry of the Court's Order, the Parties will file a joint status report advising the Court of the status of their resolution efforts.

5. WHEREFORE, the Parties jointly and respectfully request that the Court enter the accompanying Order: (1) vacating all pending case deadlines; (2) temporarily staying this action while the Parties finalize their resolution; (3) retaining jurisdiction over this action during the stay; and (4) directing the Parties, if this matter has not otherwise been settled or resolved within sixty (60) days after entry of the Order, to file a joint status report advising the Court of the status of their resolution efforts.

Dated: October 7, 2026

Respectfully submitted,

**PERRONG LAW LLC**

By: _/s/ Andrew Roman Perrong_
Andrew Roman Perrong, Esq.
1669 Edgewood Road, Suite 218
Yardley, PA 19067
T: 215-225-5529
E: a@perronglaw.com

*Counsel for Plaintiff and the Putative Class*

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

By: _/s/ Eitan Kagedan_
Eitan Kagedan, Esq.
1735 Market Street, Fl. 26
Philadelphia, PA 19103
T: 215-496-7029
E: ekagedan@hangley.com

**MANATT, PHELPS & PHILLIPS, LLP**

Alexandra N. Krasovec, Esq.
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
T: 310-312-4160
E: akrasovec@manatt.com

Madelaine A. Newcomb, Esq.
151 N. Franklin Street
Suite 2600
Chicago, IL 60606
T: 312-529-6305
E: mnewcomb@manatt.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Eitan G. Kagedan, hereby certify that on this 7th day of October, 2026, I caused to be filed a true and correct copy of the foregoing Joint Motion to Vacate Pending Deadlines and Temporarily Stay Case via the Court's electronic filing system, which will serve a copy on all counsel of record.

Dated: October 7, 2026

Respectfully submitted,

*/s/ Eitan G. Kagedan*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>*Defendant.* | Case No. 2:24-cv-05488-KNS |

**ORDER**

AND NOW, this 7th day of October, 2026, upon consideration of the Parties' Joint Motion to Vacate Pending Deadlines and Temporarily Stay Case, it is hereby ORDERED that the Motion is GRANTED.

1. All pending case deadlines are VACATED; and
2. This action is TEMPORARILY STAYED while the Parties finalize their resolution; and
3. The Court retains jurisdiction over this action during the stay; and
4. If this matter has not otherwise been settled or resolved within sixty (60) days after entry of this Order, the Parties shall file a joint status report advising the Court of the status of their resolution efforts.

BY THE COURT:

Kai N. Scott

The Honorable Kai N. Scott, U.S.D.J.