**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:24-cv-05488-KNS |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Robert L. Ebby of Hangley Aronchick Segal Pudlin & Schiller as co-counsel with Alexandra N. Krasovec and Madelaine A. Newcomb of Manatt, Phelps & Phillips, LLP on behalf of Defendant First American Home Warranty Corporation in the above-captioned action.

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Dated: October 8, 2026

By: */s/ Robert L. Ebby*

Robert L. Ebby, Esq.
1735 Market Street, Fl. 26
Philadelphia, PA 19103
T: 215-496-7053
E: rebby@hangley.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Robert L. Ebby, hereby certify that on this 8th day of October, 2026, I caused to be filed a true and correct copy of the foregoing Entry of Appearance via the Court's electronic filing system, which will serve a copy on all counsel of record.

Dated: October 8, 2026

*/s/ Robert L. Ebby*
Robert L. Ebby