**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FIRST AMERICAN HOME WARRANTY CORPORATION,<br><br>*Defendant.* | : | Case No. 2:24-cv-05488-KNS |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Eitan G. Kagedan of Hangley Aronchick Segal Pudlin & Schiller in the above-captioned action. Defendant First American Home Warranty Corporation will continue to be represented by Robert L. Ebby of Hangley Aronchick Segal Pudlin & Schiller, and Alexandra N. Krasovec and Madelaine A. Newcomb of Manatt, Phelps & Phillips, LLP, admitted to this case *pro hac vice*.

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

Dated: October 8, 2026

By: */s/ Eitan Kagedan*
Eitan Kagedan, Esq.
1735 Market Street, Fl. 26
Philadelphia, PA 19103
T: 215-496-7029
E: ekagedan@hangley.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Eitan G. Kagedan, certify that on October 8, 2026, I caused a true and correct copy of the foregoing Withdrawal of Appearance to be filed with the Court using the Court's Electronic Case Filing (ECF) System, which will cause the same to be served on all counsel of record in this action.

Dated: October 8, 2026

*/s/ Eitan Kagedan*
Eitan Kagedan